IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CRESTLINE HOTELS & RESORTS, LLC, )
                                )
      Plaintiff,                     )
                                )
      v.                            )
                                )    Civil Action No. 1:20-cv-661
URBAN COMMONS, LLC, *et al.*,       )       (RDA/TCB)
                                )
                                )
      Defendants.                 )

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa Buchanan on October 2, 2020. Dkt. 23. In breach of contract case, Judge Buchanan recommends that judgment be entered in favor of Plaintiff Crestline Hotels & Resorts, LLC ("Plaintiff") and against Defendants Urban Commons, LLC, Taylor Woods, and Howard Wu (collectively, "Defendants"). *Id.* at 15. Judge Buchanan further recommends that "the Court award Plaintiff (1) $3,850,000.00 the Key Money amount with prejudgment interest at the rate of $632.88 per day starting from May 13, 2020 and (2) $41,192.20 in in attorneys' fees, $1,845.16 in costs, and prejudgment interest at a rate of $2.95 per day starting on July 27, 2020." *Id.* And Judge Buchanan also recommends that "the Court Declare that Defendants are obligated to fund Plaintiff's request for $283,196.10 in working capital." *Id.*

Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Buchanan's Recommendation was October 16, 2020. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 35.

Accordingly, Plaintiff's Motion for Default Judgment is GRANTED. Dkt. 18.

It is hereby ORDERED that judgment be entered in favor of Plaintiff and against Defendants;

IT IS FURTHER ORDERED that Plaintiff be awarded (1) $3,850,000.00 the Key Money amount with prejudgment interest at the rate of $632.88 per day starting from May 13, 2020, and (2) $41,192.20 in in attorneys' fees, $1,845.16 in costs, and prejudgment interest at a rate of $2.95 per day starting on July 27, 2020; and

IT IS FURTHER ORDERED that Defendants are obligated to fund Plaintiff's request for $283,196.10 in working capital.

The Clerk is directed to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 55 and to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
November 4, 2020

/s/

Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

2